790 F. Supp. 302

NORCAL/CROSETTI FOODS, INC., PATTERSON FROZEN FOODS, INC. AND RICHARD A. SHAW, INC., EACH CALIFORNIA CORPORATIONS, PLAINTIFFS *v.* U.S. CUSTOMS SERVICE, U.S. DEPARTMENT OF THE TREASURY, HON. NICHOLAS BRADY, SECRETARY OF THE TREASURY, JOHN DURANT, DIRECTOR OF COMMERCIAL RULINGS DIVISION FOR U.S. CUSTOMS SERVICE, AND HARVEY B. FOX, DIRECTOR OF OFFICE OF REGULATIONS AND RULINGS OF THE U.S. CUSTOMS SERVICE, DEFENDANTS

Court No. 89–09–00495

(Dated May 7, 1992)

MEMORANDUM OPINION AND ORDER

MUSGRAVE, *Judge:* This Court's Opinion and Amended Judgment of February 27, 1991 is hereby vacated and this action is dismissed for lack of jurisdiction.